

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Aspen Insurance UK Limited,<br><br>Plaintiff,<br><br>v.<br><br>Chicago Investment Group, LLC, Banyan Investors, L.P. and Frank Gruen,<br><br>Defendants | Case No.: **1:10-cv-6097**<br><br>Judge: **Hon. Matthew Kennelly**<br><br>Magistrate Judge: **Hon. Morton Denlow** |

## **ORDER**

This cause being heard upon the stipulation of the parties to this action, notice given and the Court being fully apprised, IT IS HEREBY ORDERED:

1) By virtue of the settlement entered into between the parties to this litigation, this action is dismissed with prejudice;

2) Each party will bear its own costs of suit and attorneys' fees associated with this litigation;

3) The dismissal of this action is being made pursuant to a settlement between the parties and without an admission by Aspen of liability or coverage;

4) The dismissal of this action does not bar or adjudicate any claims, defenses, counterclaims, rights and remedies that Aspen has or may have with respect to (a) any other claim that may be made against Aspen by the parties to this litigation or any other party or (b) any claim that may be made against Aspen by parties other than the parties to this litigation for coverage of *Banyan Investors, L.P. and Frank Gruen v. Lasershield Systems, Inc. and Chicago Investment Group, LLC*, Civil Action No. H-09-614 filed in the United States District Court for the Southern District of Texas.

Dated: 2-28-11        Signed: _____